IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for the Registered Holders of Novastar Mortgage Funding Trust, Series 2007-2 Novastar Home Equity Loan Asset-Backed Certificates, Series 2007-2,<br><br>  Plaintiff,<br><br>vs.<br><br>DIRK C. LINDSAY, SHERICE T. PARKS, UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE, VILLAGE OF SAUGET, UNKNOWN OWNERS, and NON-RECORD CLAIMANTS,<br><br>  Defendants. | Civil No. 12-cv-816-JPG-PMF |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion of the defendant United States of America to dismiss this case pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute (Doc. 8). The plaintiff has responded that it does not object to dismissal in light of the fact that defendants Dirk C. Lindsay and Sherice T. Parks have entered into a loan modification agreement resolving this matter (Doc. 10). Under these circumstances, the Court believes dismissal is appropriate. Accordingly, the Court **GRANTS** the motion (Doc. 8), **DISMISSES** this action **without prejudice**, and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: February 6, 2013**

　　　　　　　　　　　　　　　　　　　s/ J. Phil Gilbert
　　　　　　　　　　　　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　　　　　　　　　　　　**U.S. DISTRICT JUDGE**