IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for the Registered Holders of Novastar Mortgage Funding Trust, Series 2007-2 Novastar Home Equity Loan Asset-Backed Certificates, Series 2007-2, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil No. 12-cv-816-JPG-PMF |
| DIRK C. LINDSAY, SHERICE T. PARKS, UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE, VILLAGE OF SAUGET, UNKNOWN OWNERS, and NON-RECORD CLAIMANTS, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: February 6, 2013**           NANCY J. ROSENSTENGEL, Clerk of Court

                                      **s/Brenda K. Lowe, Deputy Clerk**


**Approved:**   s/J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**