IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for the Registered Holders of Novastar Mortgage Funding Trust, Series 2007-2 Novastar Home Equity Loan Asset-Backed Certificates, Series 2007-2,<br><br>Plaintiff,<br><br>vs.<br><br>DIRK C. LINDSAY, SHERICE T. PARKS, UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE, VILLAGE OF SAUGET, UNKNOWN OWNERS, and NON-RECORD CLAIMANTS,<br><br>Defendants. | Civil No. 12-cv-816-JPG-PMF |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:** February 6, 2013               NANCY J. ROSENSTENGEL, Clerk of Court

                                                    **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**    s/J. Phil Gilbert
                **J. PHIL GILBERT
                DISTRICT JUDGE**